*CA 04-339S*

```
MIME-Version:1.0
From:cmecf@med.uscourts.gov
To:cmecfnef@med.uscourts.gov
Bcc:dlh@med.uscourts.gov,halsey.frank@usdoj.gov,melody.richardson@usdoj.gov,USAME.EC
Message-Id:<261805@med.uscourts.gov>
Subject:Activity in Case 2:04-cv-00232-DBH D'
```

;AMARIO v. WEINER et al "Order on Report and Recommendations" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Maine

Notice of Electronic Filing

The following transaction was received from HORNBY, D. entered on 10/24/2005 at 11:55 AM EST and filed on 10/24/2005

**Case Name:** D'AMARIO v. WEINER et al
**Case Number:** 2:04-cv-232
**Filer:**
**Document Number:** 32

**Docket Text:**
ORDER adopting Report and Recommended Decision re [29] Report and Recommendations. By Judge D. BROCK HORNBY. (HORNBY, D.)

The following document(s) are associated with this transaction:

**2:04-cv-232 Notice will be electronically mailed to:**

HALSEY B. FRANK    halsey.frank@usdoj.gov, melody.richardson@usdoj.gov;USAME.ECF@usdoj.gov

**2:04-cv-232 Notice will be delivered by other means to:**

ARTHUR D'AMARIO, III
02989-070
U S MEDICAL CENTER
P O BOX 4000
SPRINGFIELD, MO 65801-4000