UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED
OCT 24 2005
WILLIAM S. BROWNELL, CLERK
BY
DEPUTY CLERK

cc: JT

ARTHUR D'AMARIO, III, )
)
Plaintiff, )
v. )
)
BARRY J. WEINER, )
)
Defendant )

D.RI. Civil No. 04-CV-164
D.ME Civil No. 04-232-P-H

# J U D G M E N T

Pursuant to the Order Adopting Report and Recommended Decision entered by the Court on October 24, 2005;

JUDGMENT is hereby entered for the Defendant as against the Plaintiff.

WILLIAM S. BROWNELL, CLERK

Michele L. Hodgins
by: Michele L. Hodgins
Deputy Clerk

Dated this 24th day of October, 2005.