SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2005 NOV -3 P 12: 06
BY DEPUTY CLERK

ARTHUR D'AMARIO, III

v.

D.Me. C.A. No. 4-232-P-H
(D.R.I. No. 4-cv-~~164~~) 339)

BARRY J. WEINER

NOTICE OF APPEAL

Notice is hereby served that Plaintiff hereby appeals the Judgment entered Oct. 24, 2005, to the First Circuit, in forma pauperis, pursuant to FRAP 24(a)(3).

PLAINTIFF, pro se,

[signature] 10-27-05

Arthur D'Amario III 02989-070
U.S. Medical Center
PO Box 4000
Springfield, MO 65801-4000

CERTIFICATION

I hereby certify that on Oct. 28, 2005, I mailed a copy to AUSA Halsey B. Frank, 100 Middle St., POB 9718, Portland, ME 04104-9718.

[signature]
plaintiff

Scanned by: bfa
Folder Location: Thurs
File Name: dbh 04cv232
Names of Attachments, if any: ______